AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Feldman, Jonathan W. | Western District of New York | 05/07/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

233 United States Courthouse
100 State Street
Rochester, NY 14614

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Jewish Senior Life |
| 2. | Adjunct Professor | Cornell Law School |
| 3. | POA | POA #1 |
| 4. | Trustee | Trust #1 |
| 5. | Trustee | Trust #2 |
| 6. | Executor | Estate #1 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 05/07/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Cornell Law School, Salary | $11,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Brighton Central School District, Salary/Consultant |
| 2. 2018 | State of NY (Defined Benefit Pension Plan) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Josephine M. Infantino | Sculpture | $1,000.00 |
| 2. | Thomas White | Buffalo Bills tickets | $450.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA | A | Interest | K | T | | | | | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. FIRST EAGLE OVERSEAS CL I (SGOIX) | | None | | | Sold | 06/28/18 | K | B | |
| 4. OPPENHEIMER DEVELOPING MARKETS (ODMAX) | | None | | | Sold | 06/28/18 | J | B | |
| 5. POWERSHARES EM SOVEREIGN BOND (PCY) | A | Dividend | | | Sold (part) | 06/28/18 | J | | |
| 6. | | | | | Sold | 08/20/18 | J | | |
| 7. T. ROWE PRICE EMERGING MARKETS STOCK FD RETAIL (PRMSX) | | None | | | Sold | 06/28/18 | K | C | |
| 8. VANGUARD REIT ETF (VNQ) | A | Dividend | J | T | | | | | |
| 9. VANGUARD TOTAL INTL BOND ETF (BNDX) | A | Dividend | | | Sold | 06/28/18 | K | A | |
| 10. VANGUARD WELLESLEY INCOME FUND (VWINX) | C | Dividend | L | T | Buy | 07/09/18 | L | | |
| 11. IRA #2 (H) | | | | | | | | | |
| 12. OPPENHEIMER DEVELOPING MARKETS FDCL (ODMAX) | A | Dividend | J | T | | | | | |
| 13. VANGUARD REIT ETF (VNQ) | A | Dividend | J | T | | | | | |
| 14. VANGUARD BALANCED INDEX FUND INV CL (VBINX) | A | Dividend | K | T | | | | | |
| 15. VANGUARD WELLESLEY INCOME FUND CL INV (VWINX) | B | Dividend | K | T | | | | | |
| 16. IRA #3 (H) | | | | | | | | | |
| 17. VANGUARD FEDERAL MONEY MARKET FUND/SWEEP (CASH) (X) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD INTERMEDIATE TERM BOND INDEX ADMIRAL CL (VBILX) (X) | A | Dividend | | | Sold | 08/01/18 | J | | |
| 19. VANGUARD TOTAL BOND MARKET INDEX ADMIRAL CL (VBTLX) (X) | A | Dividend | | | Sold | 08/01/18 | K | | |
| 20. VANGUARD TOTAL INTL BOND INDEX ADMIRAL CL (VTABX) (X) | A | Dividend | | | Sold | 08/01/18 | K | | |
| 21. VANGUARD HIGH YIELD CORP INVESTOR CL (VWEHX) | A | Dividend | K | T | Buy | 08/14/18 | K | | |
| 22. VANGUARD WELLINGTON ADMIRAL CL (VWENX) | C | Dividend | K | T | Buy | 09/21/18 | K | | |
| 23. TRUST #1 (H) (non-exempt) | | | | | | | | | |
| 24. PNC GOV'T MONEY MARKET (CASH) (Y) | | | | | | | | | |
| 25. PNC GOVERNMENT MRTG FD (PTGIX) (Y) | | | | | | | | | |
| 26. TEMPLETON GLOBAL BOND FUND AD (TGBAX) (Y) | | | | | | | | | |
| 27. VANGUARD FUNDS INTER-TERM (VWIUX) (Y) | | | | | | | | | |
| 28. TRUST #2 (H) | | | | | | | | | |
| 29. ISHARES TIPS BOND ETF (TIP) | A | Dividend | | | Sold | 01/09/18 | J | | |
| 30. POWERSHARES TAXABLE MUNICIPAL BOND | A | Dividend | | | Sold | 01/09/18 | J | A | |
| 31. DODGE & COX INCOME FUND (DODIX) | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |
| 32. | | | | | Sold | 03/21/18 | J | | |
| 33. METROPOLITAN WEST UNCONSTRAINED BOND | A | Dividend | | | Sold (part) | 01/18/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Sold | 03/21/18 | J | | |
| 35.  T ROWE PRICE HIGH YIELD (PRHYX) | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |
| 36. | | | | | Sold | 03/21/18 | J | A | |
| 37.  TEMPLETON GLOBAL BOND FUND AD (TGBAX) | A | Dividend | | | Sold (part) | 01/18/18 | J | | |
| 38. | | | | | Sold | 03/21/18 | J | | |
| 39.  VANGUARD FUNDS INTER-TERM (VWIUX) | A | Dividend | | | Sold (part) | 01/18/18 | J | | |
| 40. | | | | | Sold | 03/21/18 | J | | |
| 41.  VIRTUS SEIX FLOATING RATE HIGH INCOME | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |
| 42. | | | | | Sold | 03/21/18 | J | A | |
| 43.  ABBOTT LABORATORIES INC (ABT) | | None | | | Sold | 01/09/18 | J | A | |
| 44.  ABBVIE INC (ABBV) | | None | | | Sold | 01/09/18 | J | B | |
| 45.  AMGEN INC (AMGN) | A | Dividend | | | Sold | 01/09/18 | J | B | |
| 46.  AUTOMATIC DATA PROCESSING INC (ADP) | A | Dividend | | | Sold | 01/09/18 | J | B | |
| 47.  BRISTOL MYERS SQUIBB CO (BMY) | A | Dividend | | | Sold | 01/09/18 | J | B | |
| 48.  COCA COLA CO (KO) | A | Dividend | | | Sold | 01/09/18 | J | A | |
| 49.  DUKE ENERGY HOLDING CORP (DUK) | A | Dividend | | | Sold | 01/09/18 | J | A | |
| 50.  EXXON MOBIL CORP (XOM) | A | Dividend | | | Sold | 01/09/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. HOME DEPOT INC (HD) | A | Dividend | | | Sold | 01/09/18 | J | B | |
| 52. HONEYWELL INTL INC (HON) | A | Dividend | | | Sold | 01/09/18 | J | B | |
| 53. INTERNATIONAL BUSINESS MACHS (IBM) | A | Dividend | | | Sold | 01/09/18 | J | A | |
| 54. JPMORGAN CHASE & CO (JPM) | | None | | | Sold | 01/09/18 | J | B | |
| 55. KIMBERLY-CLARK CORP (KMB) | A | Dividend | | | Sold | 01/09/18 | J | A | |
| 56. MICROSOFT CORP (MSFT) | A | Dividend | | | Sold | 01/09/18 | J | B | |
| 57. PROCTER & GAMBLE CO (PG) | | None | | | Sold | 01/09/18 | J | A | |
| 58. QUALCOMM (QCOM) | A | Dividend | | | Sold | 01/09/18 | J | A | |
| 59. SCHLUMBERGER LTD (SLB) | A | Dividend | | | Sold | 01/09/18 | J | A | |
| 60. WELLS FARGO & COMPANY (WFC) | A | Dividend | | | Sold | 01/09/18 | J | B | |
| 61. ISHARES MSCI EMERGING MARKETS (EEM) | A | Dividend | | | Sold | 01/09/18 | J | A | |
| 62. ISHARES MSCI EAFE ETF (EFA) | A | Dividend | | | Sold | 01/09/18 | J | B | |
| 63. ISHARES RUSSELL MID-CAP (IWR) | A | Dividend | | | Sold | 01/09/18 | J | B | |
| 64. ISHARES RUSSELL 2000 (IWM) | A | Dividend | | | Sold | 01/09/18 | J | A | |
| 65. VANGUARD CONSUMER DISCRETIONARY (VCR) | A | Dividend | | | Sold | 01/09/18 | J | B | |
| 66. MAINSTAY EPOCH GLOBAL EQUITY (EPSYX) | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |
| 67. | | | | | Sold | 03/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. TRUST #3 (formerly #4) (H) | | | | | | | | | |
| 69. FIDELITY GOVERNMENT MONEY MARKET ACCOUNT (CASH) (X) (Y) | | | | | | | | | |
| 70. ISHARES CORE S&P TOTAL US STOCK MARKET ETF | A | Dividend | | | Sold | 01/18/18 | J | A | |
| 71. FIDELITY FOUR IN ONE INDEX (FFNOX) | A | Dividend | J | T | Buy | 01/17/18 | J | | |
| 72. | | | | | Buy (add'l) | 01/29/18 | J | | |
| 73. TRUST #4 (formerly #5) (H) | | | | | | | | | |
| 74. ISHARES CORE S&P TOTAL US STOCK MARKET ETF (Y) | | | | | | | | | |
| 75. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 76. MERRILL EDGE MONEY MARKET (CASH ACCOUNT) | A | Interest | L | T | | | | | |
| 77. BIF MONEY FUND | A | Int./Div. | | | Buy | 04/09/18 | K | | |
| 78. | | | | | Sold (part) | 09/04/18 | K | | |
| 79. | | | | | Buy (add'l) | 09/07/18 | K | | |
| 80. | | | | | Sold | 11/15/18 | L | | |
| 81. ABBVIE INC SHS (ABBV) (X) (Y) | | | | | | | | | |
| 82. ALPHABET INC SH CL C (GOOG) | | None | K | T | | | | | |
| 83. ALPHABET INC SH CL A (GOOGL) | | None | K | T | | | | | |
| 84. BRISTOL-MYERS SQUIBB CO (BMY) (X) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. DOWDUPONT INC COM (DWDP) (X) (Y) | | | | | | | | | |
| 86. EXXON MOBIL CORP (XOM) (X) (Y) | | | | | | | | | |
| 87. FACEBOOK INC (FB) | | None | | | Buy | 01/17/18 | J | | |
| 88. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 89. | | | | | Sold | 11/28/18 | J | A | |
| 90. HOME DEPOT INC (HD) (X) | A | Dividend | J | T | | | | | |
| 91. HONEYWELL INTL INC DEL (HON) (X) (Y) | | | | | | | | | |
| 92. IEC ELECTRS. CORP. NEW (IEC) | | None | K | T | Sold (part) | 02/09/18 | J | C | |
| 93. INTL BUSINESS MACHINES (IBM) (X) (Y) | | | | | | | | | |
| 94. JPMORGAN CHASE & CO (JPM) (X) (Y) | | | | | | | | | |
| 95. KIMBERLY CLARK (KMB) (X) (Y) | | | | | | | | | |
| 96. MICROSOFT CORP (MSFT) (X) | A | Dividend | J | T | | | | | |
| 97. PAYPAL (PYPL) | | None | K | T | | | | | |
| 98. PROCTER & GAMBLE CO (PG) (X) (Y) | | | | | | | | | |
| 99. QUALCOMM INC (QCOM) (X) (Y) | | | | | | | | | |
| 100. ROKU INC (ROKU) | | None | J | T | Buy | 11/26/18 | J | | |
| 101. WELLS FARGO & CO NEW DEL (WFC) (X) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. AMERICAN CENTURY EQUITY INCOME FUND INV CL (TWEIX) | B | Dividend | K | T | | | | | |
| 103. HARBOR INTERNATIONAL MUTUAL FUND (HAINX) | | None | | | Sold | 09/06/18 | K | D | |
| 104. INVESCO (FORMERLY POWERSHARES) QQQ TRUST SE (QQQ) | A | Dividend | K | T | | | | | |
| 105. ISHARES RUSSELL MIDCAP (IWR) (X) | A | Dividend | J | T | | | | | |
| 106. ISHARES MSCI EAFE (EFA) (X) (Y) | | | | | | | | | |
| 107. ISHARES MSCI EMERGING MKTS (EEM) (X) | | None | | | Sold | 05/04/18 | J | A | |
| 108. ISHARES TIPS BOND ETF (TIP) (X) | A | Dividend | J | T | | | | | |
| 109. ISHARES TR RUSSELL 2000 (IWM) (X) (Y) | | | | | | | | | |
| 110. T ROWE PRICE EMERGING MARKETS STOCK FUND | A | Dividend | J | T | | | | | |
| 111. VANGUARD TOTAL STOCK MKT ETF (VTI) | B | Dividend | L | T | | | | | |
| 112. VANGUARD DIVIDEND APPRECIATION ETF (VIG) | A | Dividend | J | T | | | | | |
| 113. VANGUARD HIGH DVD YIELD ETF (VYM) | A | Dividend | K | T | | | | | |
| 114. VANGUARD FTSE DEVELOPED MARKET ETF (VEA) | B | Dividend | L | T | Buy (add'l) | 09/11/18 | K | | |
| 115. VANGUARD HEALTH CARE FUND INV CL (VGHCX) | A | Dividend | J | T | | | | | |
| 116. VANGUARD NY LONG TERM TAX EXEMPT (VNYTX) | D | Dividend | N | T | Buy (add'l) | 01/09/18 | L | | |
| 117. VANGUARD WELLESLEY (VWINX) | A | Dividend | J | T | | | | | |
| 118. ABBOTT LABS (002824100) (X) | | None | | | Sold | 01/03/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,000 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. POWERSHARES TAXABLE MUNICIPAL BOND PORTFOLIO (739378407) (X) | | None | | | Sold | 01/03/18 | J | A | |
| 120. SCHLUMBERGER LTD (806857108) (X) | | None | | | Sold | 01/03/18 | J | A | |
| 121. AMGEN INC COM (031162100) (X) | | None | | | Sold | 01/03/18 | J | B | |
| 122. AUTOMATIC DATA PROC (053015103) (X) | | None | | | Sold | 01/03/18 | J | B | |
| 123. COCA COLA COM (191216100) (X) | | None | | | Sold | 01/03/18 | J | A | |
| 124. VANGUARD CONSUMER DISCRETIONARY ETF (92204A108) (X) | | None | | | Sold | 01/03/18 | J | B | |
| 125. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 126. VANGUARD FEDERAL MONEY MARKET FUND/SWEEP (CASH) (X) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 05/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All reportable assets from Trust #1, Trust #2, and Estate #1 are listed in Part VII.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jonathan W. Feldman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544